UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RALPH ORTAGUS
and LINDA ORTAGUS,

    Plaintiffs,

vs.    Case No. 1:08-CV-220-SPM/AK

UNITED STATES OF AMERICA,

    Defendant.

_____/

# ORDER

THIS CAUSE comes before the Court on its own motion. The Plaintiffs have failed to comply with the Court's Order (doc. 20), requiring that they file a notice of appearance by new counsel or submit to the Court in writing notice of their intent to proceed pro se, after prior counsel withdrew from representation. On August 28, 2009, the Court issued an Order to Show Cause (doc. 22), ordering the Plaintiffs to show cause for their lack of compliance. The Plaintiffs have not responded to this Order.

Based on the foregoing, it is ORDERED AND ADJUDGED:

1. This case is hereby dismissed without prejudice for failure to prosecute pursuant to Northern District of Florida Local Rule 41.1(A).

**DONE AND ORDERED** this second day of December, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge